UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Janet Mosley, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:14-cv-1688 CAS |
| | ) |
| State of Missouri, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 2, 2015, the Court entered an Order directing the Clerk to transfer this case to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Audrey G. Fleissig, United States District Judge, under cause number 1:15-cv-00052.

**IT IS FURTHER ORDERED** that cause number 4:14cv1688 CAS be administratively closed.

GREGORY J. LINHARES,
CLERK OF COURT

Dated: April 3, 2015              By: /s/ Michele Crayton
                                     Deputy In Charge

**In all future documents filed with the Court, please use the following case number:
1:15-cv- 00052 AGF.**