UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
JUL 1 3 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

JANET MOSLEY, et al., )
)
    Plaintiff(s), )
)
v. ) Case No. 1:15-CV-00052-AGF
)
STATE OF MISSOURI, et al., )
)
    Defendant(s), )
)

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☒ An ADR conference was held on: _July 7, 2015_.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on _July 7, 2015_.
The parties [☒ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _July 8, 2015_   Neutral: _/s/ Stephen N. Limbaugh_

STEPHEN N. LIMBAUGH, SR.
ARMSTRONG TEASDALE
Signature