UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JANET MOSLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:15-CV-00052-AGF |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon receipt of the ADR Compliance Report stating the parties have reached a settlement in this matter,

**IT IS HEREBY ORDERED** that the parties shall file, on or before August 17, 2015, dismissal papers dismissing the case. Failure to comply may result in the dismissal of the case by the Court.

Dated this 15th day of July, 2015.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE